

# Memorandum

**To:**   Honorable David H. Hennessy, Chief U.S. Magistrate Judge

**From:**   Christopher Foster, Senior United States Probation Officer

**Date:**   April 10, 2020

**Re:**   Jose Perez Jr., Docket # 15-CR-10256

---

The purpose of this memorandum is to provide clarification to the Court related to the release of Mr. Jose Perez Jr. in connection with his violation of supervised release matter (Docket # 15-CR-10256).

In response to Counsel's memorandum filed on 4/9/20, the Probation Office strongly objects to the release of Mr. Jose Perez Jr., and does so, independently from the Government. As the Court may recall, Mr. Perez Jr. had two cases as a Juvenile related to conduct involving a firearm. As part the original conduct, Mr. Perez Jr. was identified as a member of the East Side Money Gang and his conduct involved selling illegal firearms. When he was sentenced by the Honorable Richard G. Stearns, U.S. District Judge, he was advised that his sentence should serve as a "wake-up call" and he needed to stop committing new offenses. He commenced his term of supervised release on 2/23/18 upon his release from state custody. After three months on supervision, he was arrested again by state authorities on 5/23/18. Mr. Perez Jr. was alleged to be in a vehicle containing drugs and two loaded firearms. He was subsequently charged in U.S. District Court (Docket #18-CR-40034).

During Mr. Perez Jr.'s very short time on supervision he was supervised at the highest level of supervision by the probation office. He was afforded the opportunity to engage in counseling and participate in Cognitive Behavioral programming. He was also simultaneously supervised by State Probation, and State Parole. At the time of his arrest, he was subject to GPS monitoring. Despite this level of supervision, Mr. Perez Jr. reverted to new criminal activity. Based on his history and poor adjustment to supervision, we don't support his release to the community at this time.

If Your Honor has any questions, please feel free to contact me at 617-304-9743 or by email at Christopher_foster@map.uscourts.gov.

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and Approved by:

*/s/ Jeffrey R. Smith*
Jeffrey R. Smith
Supervising U.S. Probation Officer

1

_____

[  ] I Concur, proceed as proposed

[  ] Other_____

                                                            _____
The Honorable David H. Hennessy
Chief U. S. Magistrate Judge

Date:_____