UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**No. 1:15-cr-10256-RGS**

UNITED STATES OF AMERICA,
        Plaintiff

Vs.

JOSE PEREZ, JR.
        Defendant

## EX PARTE RESPONSE TO COURT ORDER REGARDING AGREED UPON MOTION TO RELEASE JOSE PEREZ, JR. FROM PRETRIAL DETENTION

 Jose Perez, Jr., by his attorney, files his Response to the Court's Order to produce the Defendant's medical and treatment records from the Plymouth County Sheriff's Department on or before April 21, 2020. This Response is in support of his motion, pursuant to 18 U.S.C. §3145(b), that this Court reconsider its prior order of detention and release Mr. Perez Jr. from confinement.

 The Defendant submits the afore-described medical records and respectfully requests that the records sought by the Court's order be sealed.

              Respectfully Submitted,
              Jose Perez, Jr.
              By his counsel,

Date: 04/20/2020        /s/ Vivianne Jeruchim_____
              Vivianne Jeruchim, Esq.
              BBO #547598

Jeruchim & Davenport, LLP<br>
50 Congress St., Suite 615<br>
Boston, MA  02109<br>
617/720-6047

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 20, 2020.

Date: 04/20/2020                                    /s/ Vivianne Jeruchim_____
                                                    Vivianne Jeruchim, Esq.